UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LEON ROBINSON

      V.                    CIVIL ACTION NO.
                               04-12410-DPW

COMMONWEALTH OF MASSACHUSETTS

**ORDER**

WOODLOCK, District Judge

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Petition for a Writ of Habeas Corpus,** by mailing a copies of same, certified mail, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.

It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON DECEMBER 15, 2004,** file a dispositive motion, or other responsive pleading, if a dispositive motion is not appropriate, to the Petition for a Writ of Habeas Corpus.

The Court further directs the Respondent, as part of the response, to file any documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition. The Respondent, however, is also

directed to brief in the alternative, pursuant to 28 U.S.C. Section 2254(b)(2), the merits of any claims alleged not to have been exhausted.

                                            BY THE COURT,

                                            /s/ Michelle Rynne
                                            Deputy Clerk
DATED: November 22, 2004