UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON,          )<br>    Petitioner,          )<br>                                )<br>v.                              )<br>                                )<br>COMMONWEALTH OF MASSACHUSETTS, )<br>    Respondent.          ) | Civil Action No. 04-12410-DPW |

**MOTION TO ENLARGE TIME
FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING**

The Commonwealth of Massachusetts, here the respondent, hereby respectfully requests that this Court grant it an enlargement of time until December 30, 2004, within which it must file its answer, or other responsive pleading, to the habeas corpus petition. Counsel for the respondent states that he has begun his analysis of this case and, based upon a preliminary review, the petition appears to be timely filed, 28 U.S.C. § 2244(d). Currently, counsel is analyzing whether the petitioner sufficiently exhausted his state-court remedies before filing his petition. 28 U.S.C. § 2254(b).

Counsel further states that the Office of the Attorney General did not receive the petition until November 30, 2004, thereby making the December 15, 2004, deadline, significantly shorter than the twenty-day period the Court typically affords respondents. In addition, since receiving the petition on November 30, counsel has been actively involved in other cases, including; filing a motion to dismiss and memorandum in support in the case of *Rodriguez v. Commonwealth*, U.S.D.C. No. 04-10861-GAO, filing the respondent's answer in the case of *Rolon v. Spencer*, U.S.D.C. No. 04-10532-GAO, and preparing for a hearing in the case of *Kartell v. Burgwinkle*, U.S.D.C. No. 04-10917-WGY, which is scheduled for December 16, 2004.

Respectfully submitted,

THOMAS F. RILEY
Attorney General

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO No. 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2949

Dated: December 14, 2004

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I am unable to consult with the petitioner because he is presently incarcerated.

/s/ Daniel I. Smulow

**Certificate of Service**

I hereby certify that a true copy of the above document was served on Leon Robinson, Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464, by first class mail, postage prepaid, on December 14, 2004.

/s/ Daniel I. Smulow