United States District Court
   For the District of Mss.

Attn: Clerk of Court
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way
Boston, Massachusetts 02210



December 10, 2004

RE:  Leon Robinson v. Commonwealth of Massachusetts
     Docket Number # 1:04-CV-12410-DPW

**REQUESTING FOR COPY OF DOCKET SHEET AND FOR UPDATE ON CASE**

Dear Clerk of Court :

   Concerning the above matter, please forward me a copy of a upto date Docket Sheet, and any copy of the Response from the Attorney General's Office, pursuant to LOC. R. 22.2(d) of this Rule states that the Attorney General most file a Response within 14 days of the filing of the Petition.

   Please note that I am not A PRISONER, I am a Pre-Trial Detanee, awaiting Trial pursuant to § 52A .  I do not know what steps to take as of todate, my Petition was filed because the violation of Mass.R.Crim.P. 36, Speedy Trial Violations.  Please make note of my petition, requesting for a Hearing on this matter.

   I am now awaiting for your response to let me know the steps i have to take for my release pending review or decisions to this matter.

(1)

I do understand that you can not Counsel me, but, if you can please allow me the Documents that I mite need to save my Rights with this Court.

I pray for your approval to my request concerning the above matter.

Thank you for your time, and your concerns to this matter.

**Kindly file the same.**

Respectfully Submitted

*Leon Robinson*
LEON ROBINSON, A-22594
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA. 01464

LR:w
CC: file