UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON,<br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>    Respondent. | )<br>)<br>)   Civil Action No. 04-12410-DPW<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS PETITION

The respondent, through counsel, moves this Court to dismiss the writ of habeas corpus petition for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). In support of the motion, the respondent states that the petitioner has not exhausted any of the claims he raises in the state courts. In addition, one of the claims he raises is a factual impossibility. Because the petitioner has yet to provide the state's highest court with the first opportunity to pass on the merits of his claims, this Court should dismiss the petition. *See* 28 U.S.C. §§ 2254(b)-(c). The respondent reserves the right to submit a memorandum raising additional defenses, if necessary.

In support of this motion, the respondent relies upon its memorandum of law, filed with this motion, as well as his Answer and Supplemental Appendix.

                              Respectfully submitted,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              /s/ Daniel I. Smulow
                              Daniel I. Smulow, BBO # 641668
                              Assistant Attorney General
                              Criminal Bureau
                              One Ashburton Place

Boston, MA 02108  
(617) 727-2200, ext. 2949

Dated: December 24, 2004

## Certificate of Compliance with Local Rule 7.1(A)(2)

I, Daniel I. Smulow, hereby certify that I am unable to confer with the petitioner because he is presently incarcerated. In light of the nature of this motion, I presume the petitioner and I would have been unable to resolve or narrow the issues.

/s/ Daniel I. Smulow

## Certificate of Service

I, Daniel I. Smulow, hereby certify that on December 24, 2004, I served a true copy of this document by first class mail to: Leon Robinson, Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464.

/s/ Daniel I. Smulow