## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LEON ROBINSON,**<br>    **Petitioner,**  )<br>                       )<br>                       )<br>**v.**                    )<br>                       )<br>**COMMONWEALTH OF MASSACHUSETTS,**  )<br>    **Respondent.**     )<br>                       ) | **Civil Action No. 04-12410-DPW** |

### SUPPLEMENTAL APPENDIX TO
### MOTION TO DISMISS HABEAS CORPUS PETITION

The Respondent submits the following as its Supplemental Appendix to its Motion To

Dismiss Habeas Corpus Petition:

1.   Docket Sheets, *Commonwealth v. Leon Robinson*, Suffolk Superior Court No.
     SUCR 2001-10384; and

2.   Docket Sheets, *Commonwealth v. Leon Robinson*, Supreme Judicial Court for
     Suffolk County No. SJ-2002-0571.

                              Respectfully submitted,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              /s/ Daniel I. Smulow
                              Daniel I. Smulow, BBO 641668
                              Assistant Attorney General
                              Criminal Bureau
                              One Ashburton Place
                              Boston, Massachusetts 02108
                              (617) 727-2200 ext. 2949

Dated: December 24, 2004

### Certificate of Service

I, Daniel I. Smulow, hereby certify that on December 24, 2004, I served a true copy of

this document by first class mail to: Leon Robinson, Souza Baranowski Correctional Center,
P.O. Box 8000, Shirley, MA 01464.

/s/ Daniel I. Smulow

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Robinson, Leon

Details for Docket: SUCR2001-10384

### Case Information

| Docket Number: | SUCR2001-10384 | Caption: | Commonwealth v Robins Leon |
|---|---|---|---|
| Entry Date: | 04/30/2001 | Case Status: | Crim 3 Ctrm 9 - 2nd Fl. |
| Status Date: | 05/03/2001 | Session: | Active |
| Lead Case: | NA | Deadline Status: | Deadline act |
| Trial Deadline: | 05/04/2001 | Jury Trial: | NO |

## Parties Involved

2 Parties Involved in Docket: SUCR2001-10384

| Party Involved: | | Role: | Defendant |
|---|---|---|---|
| Last Name: | Robinson | First Name: | Leon |
| Address: | 1003 Jette Court | Address: | |
| City: | Brighton | State: | MA |
| Zip Code: | 02135 | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Plaintiff |
|---|---|---|---|
| Last Name: | Commonwealth | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

## Attorneys Involved

5 Attorneys Involved for Docket: SUCR2001-10384

| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
|---|---|---|---|
| **Last Name:** | Lee | **First Name:** | Mark T |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 2997 |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4210 | **Representing:** | Commonwealth, (Plaintiff) |

| **Attorney Involved:** | | **Firm Name:** | DAVI08 |
|---|---|---|---|
| **Last Name:** | White Jr | **First Name:** | William M |
| **Address:** | 1 Faneuil Marketplace 3rd Fl | **Address:** | South Market Building |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | 1649 |
| **Telephone:** | 617-723-7339 | **Tel Ext:** | |
| **Fascimile:** | 617-723-7731 | **Representing:** | Robinson, Leon (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | OTER01 |
|---|---|---|---|
| **Last Name:** | Budreau | **First Name:** | James H |
| **Address:** | 20 Park Plaza | **Address:** | Statler Building Suite 905 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02116 | **Zip Ext:** | |
| **Telephone:** | 617-227-3700 | **Tel Ext:** | |
| **Fascimile:** | 617-338-9538 | **Representing:** | Robinson, Leon (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Carroll | **First Name:** | Bruce W |
| **Address:** | 61-63 Chatham Street | **Address:** | 6th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-720-1413 | **Tel Ext:** | |
| **Fascimile:** | 617-227-4767 | **Representing:** | Robinson, Leon (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | CARN01 |
|---|---|---|---|
| **Last Name:** | D'Angelo | **First Name:** | Andrew M |

| Address: | 20 Park Plaza | | Address: | Suite 1405 |
| City: | Boston | | State: | MA |
| Zip Code: | 02116 | | Zip Ext: | |
| Telephone: | 617-338-5566 | | Tel Ext: | |
| Fascimile: | 617-338-5587 | | Representing: | Robinson, Leon (Defendant) |

## Calendar Events

71 Calendar Events for Docket: SUCR2001-10384

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|-----|-------------|-------------|-----------------|------|---------------|
| 1 | 05/03/2001 | 09:30 | Arraignment | CM | Event held as scheduled |
| 2 | 05/30/2001 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 3 | 06/29/2001 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 4 | 07/23/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 5 | 08/06/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 6 | 09/04/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 7 | 09/24/2001 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 8 | 10/25/2001 | 09:30 | Conference: Status Review | CM | Event not held--scheduled for another date |
| 9 | 11/07/2001 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 10 | 11/20/2001 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 11 | 12/04/2001 | 09:30 | Conference: Lobby | 1 | Event canceled not re-scheduled |
| 12 | 03/20/2002 | 09:30 | Hearing: Appt Counsel | CM | Event held as scheduled |
| 13 | 04/01/2002 | 09:30 | Status: Review by Session | 1 | Event not held--joint request |
| 14 | 04/08/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 15 | 04/19/2002 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 16 | 05/13/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 17 | 05/29/2002 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 18 | 06/13/2002 | 09:30 | Hearing: Compliance | 1 | Event held as scheduled |
| 19 | 06/25/2002 | 09:30 | Bail: Review | 1 | Event held as scheduled |
| 20 | 07/25/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 21 | 08/02/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 22 | 09/05/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 23 | 09/10/2002 | 09:30 | Hearing: Appt Counsel | 1 | Event not held--joint request |
| 24 | 09/17/2002 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 25 | 09/24/2002 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 26 | 10/17/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |

| 27 | 10/21/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
|---|---|---|---|---|---|
| 28 | 11/15/2002 | 09:30 | Bail: Review | 1 | Event canceled not re-scheduled |
| 29 | 11/15/2002 | 09:30 | Hearing: Motion | CM | Event held as scheduled |
| 30 | 11/26/2002 | 09:30 | Bail: Review | 1 | Event held as scheduled |
| 31 | 12/17/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 32 | 01/23/2003 | 09:30 | Conference: Status Review | CM | |
| 33 | 02/07/2003 | 09:00 | Hearing: Motion | 6 | Event held as scheduled |
| 34 | 02/07/2003 | 09:30 | Hearing: Motion | 1 | Event moved to another session |
| 35 | 03/06/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 36 | 04/08/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 37 | 05/06/2003 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 38 | 05/22/2003 | 09:30 | Hearing: Motion | 1 | Event not held--joint request |
| 39 | 06/02/2003 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event not held--joint request |
| 40 | 07/11/2003 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 41 | 07/14/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event held as scheduled |
| 42 | 07/15/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event continues over multiple day |
| 43 | 07/16/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event continues over multiple day |
| 44 | 08/28/2003 | 09:30 | Hearing: Motion | CM | Event held as scheduled |
| 45 | 09/04/2003 | 09:00 | Status: Review by Session | 3 | Event held as scheduled |
| 46 | 09/25/2003 | 09:00 | Hearing: Motion | 3 | Event held as scheduled |
| 47 | 11/13/2003 | 09:00 | Status: Review by Session | 3 | Event moved to another session |
| 48 | 11/13/2003 | 09:30 | Status: Review by Clerk | CM | Event held as scheduled |
| 49 | 12/08/2003 | 14:00 | Hearing: Motion | 1 | Event held as scheduled |
| 50 | 12/22/2003 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 51 | 01/20/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 52 | 02/24/2004 | 09:30 | Hearing: Misc Matters | CM | Event moved to another session |
| 53 | 02/24/2004 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 54 | 03/26/2004 | 09:30 | Conference: Status Review | 1 | Defendant did not appear/default |
| 55 | 03/29/2004 | 09:30 | Conference: Status Review | CM | Event canceled not re-scheduled |
| 56 | 04/29/2004 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 57 | 06/21/2004 | 09:30 | Conference: Status Review | CM | Event rescheduled by court prior t date |
| 58 | 06/29/2004 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 59 | 09/08/2004 | 09:00 | Conference: Status Review | 3 | Event not held--req of Defendant |
| 60 | 09/08/2004 | 09:30 | Conference: Status Review | 1 | Event canceled not re-scheduled |
| 61 | 09/10/2004 | 14:00 | Conference: Status Review | 3 | Event not held--req of Defendant |
| 62 | 09/15/2004 | 12:00 | Conference: Status Review | 3 | Event held as scheduled |
| 63 | 10/26/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event not reached by Court |

| 64 | 11/09/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event rescheduled by court order |
| 65 | 11/12/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event held as scheduled |
| 66 | 11/17/2004 | 15:30 | Hearing: Non-eviden-Discovery | 3 | Event not reached by Court |
| 67 | 11/30/2004 | 15:00 | Hearing: Non-eviden-Discovery | 3 | Event continues over multiple day |
| 68 | 12/07/2004 | 14:00 | Status: Review by Session | 3 | Event held as scheduled |
| 69 | 01/10/2005 | 14:00 | Status: Filing deadline | 3 | |
| 70 | 05/03/2005 | 14:00 | Conference: Final Pre-Trial | 3 | |
| 71 | 05/16/2005 | 09:00 | TRIAL: by jury | 3 | |

# Full Docket Entries

433 Docket Entries for Docket: SUCR2001-10384

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 04/30/2001 | 1 | Indictment returned |
| 04/30/2001 | | Warrant on indictment issued via W.M.S. |
| 04/30/2001 | | Notice & copy of indictment sent to Chief Justice & Atty General |
| 04/30/2001 | | Notice & copy of indictment & entry on docket sent to Sheriff |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | | Brought into court on special mittimus. Appearance of Deft's Atty: |
| 05/03/2001 | | William M White Jr |
| 05/03/2001 | 3 | Order of notice of finding of murder indictment read and returned |
| 05/03/2001 | 3 | with service. |
| 05/03/2001 | | Deft arraigned before Court. Indictment read as to offense #001. |
| 05/03/2001 | | Deft waives reading of indictment |
| 05/03/2001 | | RE Offense 1:Plea of not guilty |
| 05/03/2001 | | RE Offense 2:Plea of not guilty |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | 4 | Deft files motion for funds for investigator. |
| 05/03/2001 | | Motion (P#4) allowed as endorsed. |
| 05/03/2001 | 5 | Deft files motion for confinement within Suffolk County in order to |
| 05/03/2001 | 5 | confer with counsel. Wilson, AC/M - D. Collins for M. Lee, ADA - W. |
| 05/03/2001 | 5 | Greenlaw, Court Reporter - W. White, Attorney. |
| 05/03/2001 | | Warrant canceled on the Warrant Management System May 03, 2001 |
| 05/25/2001 | 7 | Deft files pro se: motion for DNA discovery. |
| 05/25/2001 | 8 | Deft files pro se: motion for copies of photographs. |
| 05/25/2001 | 9 | Deft files motion for discovery of evidence in possession of Federal |

| 05/25/2001 | 9 | authorities. |
|---|---|---|
| 05/30/2001 | 6 | Defendant not in court. Pre-trial conference report filed. Motions to |
| 05/30/2001 | 6 | be filed by 6/22/2001. Wilson, AC/M - M. Lee, ADA - N. King, Court |
| 05/30/2001 | 6 | Reporter. |
| 06/14/2001 | 10 | Deft files motion for discovery |
| 06/14/2001 | 11 | Deft files request for Brady exculpatory material. |
| 06/14/2001 | 12 | Deft files motion for hearing re: Counsel. |
| 07/23/2001 | | Defendant brought into Court. Hearing re: Paper #12. After hearing, |
| 07/23/2001 | | motion withdrawn. Spurlock, RAJ - M. Lee, ADA - P. McDonough, Court |
| 07/23/2001 | | Reporter - W. White, Attorney. |
| 09/04/2001 | | Defendant brought into Court. Motion (P#10) agreed and allowed unless |
| 09/04/2001 | | amended or otherwise ordered by specific paragraph. (Christine M. |
| 09/04/2001 | | McEvoy, Justice) |
| 09/04/2001 | | Motion (P#11) agreed and allowed.(Christine M. McEvoy, Justice) |
| 09/04/2001 | 13 | Deft files Motion for additional funds for investigator. |
| 09/04/2001 | | Motion (P#13) allowed (Christine M. McEvoy, Justice) |
| 09/04/2001 | 14 | Order for Production of Criminal records filed. (Christine M. McEvoy, |
| 09/04/2001 | 14 | Justice) M. Lee, ADA - K. Canty, Court Reporter - W. White, Attorney. |
| 09/24/2001 | 15 | Brought into court. Deft files motion for funds for copies of |
| 09/24/2001 | 15 | photographs. |
| 09/24/2001 | | Motion (P#15) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - D. |
| 09/24/2001 | | Cullinan, Court Reporter - W. White, Attorney. |
| 10/25/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - |
| 10/25/2001 | | N. King, CR |
| 11/07/2001 | | Defendant not present. Wilson, Mag - C. Bartoloni, for M. Lee, ADA - |
| 11/07/2001 | | W. White, Atty - K. Rael, CR |
| 11/20/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - |
| 11/20/2001 | | K. Rael, CR |
| 12/04/2001 | | Defendant brought into court. Defendant's oral pro se motion for |
| 12/04/2001 | | statements of defendant allowed if any exist. McEvoy, J. - M. Lee, |
| 12/04/2001 | | ADA - D. Cullinan, Court Reporter W. White, Attorney. |
| 01/18/2002 | 16 | Deft files pro se motion to terminate trial counsel and affidavit in |
| 01/18/2002 | 16 | support of. |
| 01/18/2002 | 17 | Deft files pro se motion for appointment of counsel. |
| 01/18/2002 | 18 | Deft files pro se request for a hearing. |
| 01/18/2002 | 19 | Deft files pro se motion for free transcripts. |
| 02/13/2002 | 20 | Withdrawal of appearance filed by William M White Jr from |
| 02/13/2002 | 20 | representing defendant. |
| 03/07/2002 | | Defendant not present. Wilson, Mag - C. Bartoloni, ADA - ERD |
| 03/20/2002 | | Brought into Court. Rule 36 waived by order of the Court. |
| 03/20/2002 | | Motion (P#16) denied (Nancy Merrick, Justice). |

| 03/20/2002 | | Motion (P#20) denied (Nancy Merrick, Justice). - C. Bartoloni for M. |
| 03/20/2002 | | Lee - C. Smith, Court Reporter - W. White, Attorney |
| 04/01/2002 | | Defendant not present. Brady, J - D. Collins, For M. Lee, ADA - F. |
| 04/01/2002 | | Robinson, for R. Wheeler Atty - A. McDonald, CR |
| 04/08/2002 | | Defendant not present. Brady, J - M. Lee, ADA - G. Robinson, Atty - |
| 04/08/2002 | | M. Wrighton, CR |
| 04/19/2002 | | Defendant not present. Brady, J - B. Carroll, CR |
| 05/13/2002 | 21 | Defendant not in Court. Deft files motion to dismiss for failure to |
| 05/13/2002 | 21 | provide discovery with affidavit in support. Wilson, AC/M - M. Lee, |
| 05/13/2002 | 21 | ADA - ERD - B. Carroll, Attorney |
| 05/29/2002 | | Brought into court. Motion to Dismiss (P#21) denied. Walker, J. - M. |
| 05/29/2002 | | Lee, ADA - N. King, Court Reporter - B. Carroll, Attorney. |
| 06/03/2002 | 22 | Deft files pro-se: notice objection with supporting affidavit. |
| 06/03/2002 | 23 | Deft files pro-se: notice of appeal. |
| 06/03/2002 | 24 | Deft files pro-se: notice of appeal. |
| 06/13/2002 | | Defendant not present. King, J - P. Connelly, CR - M. Lee, ADA |
| 06/24/2002 | 29 | Deft files Letter to Justice Walker. |
| 06/25/2002 | | Brought into court. After hearing Defendant's oral motion for |
| 06/25/2002 | | reduction of bail, denied. |
| 06/25/2002 | 25 | Deft files motion for funds. |
| 06/25/2002 | | Motion (P#25) allowed. |
| 06/25/2002 | 26 | Deft files motion for " The Murder Book " or " File ". |
| 06/25/2002 | 27 | Deft files motion for return of property. King, J. - M. Lee, ADA - M. |
| 06/25/2002 | 27 | Wrighton, Court Reporter - B. Carroll, Attorney. |
| 06/26/2002 | 28 | Deft files motion for funds to retain DNA consultant / expert. |
| 06/26/2002 | | Motion (P#28) allowed. King, J. |
| 07/02/2002 | 30 | Court files Order Relative to Discovery. (M. Lee, ADA and B. Carroll, |
| 07/02/2002 | 30 | Attorney notified 7/8/02) |
| 07/25/2002 | | Defendant brought into court. Walker, J - M. Lee, ADA - B. Carroll, |
| 07/25/2002 | | Atty - M. McDonald, CR |
| 08/02/2002 | | Defendant brought into court. Attorney Bruce Carroll's oral motion to |
| 08/02/2002 | | withdraw, allowed. Case is referred to C.P.C.S. for appointment of |
| 08/02/2002 | | counsel ( Murder Case ). Walker, J. - M. Lee, ADA - M. McDonald, |
| 08/02/2002 | | Court Reporter - B. Carroll, Attorney. |
| 09/05/2002 | | Defendant not present. Wilson, Mag - M. Lee, ADA - B. Carroll, Atty |
| 09/05/2002 | | - ERD |
| 09/10/2002 | 31 | Deft files Pro - Se motion to compel, assembly of the record, to |
| 09/10/2002 | 31 | appeal, denial of motion to dismiss entered on May, 29 2002, by |
| 09/10/2002 | 31 | Justice Jeseph M. Walker III affidavit in support thereof. |
| 09/10/2002 | 32 | Deft files Pro - Se motion to inspect tagible evidence. |
| 09/10/2002 | 33 | Deft files Pro - Se motion for sanctions against the District |

| | | |
|---|---|---|
| 09/10/2002 | 33 | Attorney for failure to provide discovery in a timely fashion. |
| 09/10/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - M. McDonald, CR |
| 09/17/2002 | | Defendant not in Court. Appointment of Counsel James Budreau by CPCS |
| 09/17/2002 | | on 9/16/02 (See copy of letter from CPCS). McEvoy, J. - D. Collins, |
| 09/17/2002 | | ADA - M. McDonald, Court Reporter |
| 09/17/2002 | | Attorney James Budreau appointed to represent defendant by CPCS on |
| 09/17/2002 | | 9/16/02. Letter of approval signed by McEvoy, J. and mailed to CPCS. |
| 09/17/2002 | | McEvoy, J. |
| 09/18/2002 | | Atty James Boudreau appointed to represent defendant by CPCS on |
| 09/18/2002 | | 9/16/02. Letter of approval signed by McEvoy, J and mailed to CPCS. |
| 09/18/2002 | | McEvoy, J - |
| 09/23/2002 | 34 | Deft files pro se motion for speedy trial |
| 09/23/2002 | 35 | Deft files motion for appointment of counsel |
| 09/23/2002 | 36 | Deft files affidavit in support of motion for sanction against the |
| 09/23/2002 | 36 | District Attorney and memorandum of law |
| 09/24/2002 | | Defendant not present. McEvoy, J - D. Collins for M. Lee, ADA - M. |
| 09/24/2002 | | McDonald, CR |
| 09/27/2002 | 37 | Deft files motion to dismiss for failure to provide discovery, |
| 09/27/2002 | 37 | affidavit and memorandum in support thereof. |
| 10/17/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - J. Budreau, Atty - |
| 10/17/2002 | | N. McCann, CR |
| 10/21/2002 | | Defendant brought into court. Motion (P#37) denied as endorsed ( See |
| 10/21/2002 | | Motion ). |
| 10/21/2002 | 38 | Deft files motion for funds and affidavit. |
| 10/21/2002 | | Motion (P#38) allowed as endorsed. McEvoy, J. - M. Lee, ADA - N. |
| 10/21/2002 | | McCann, Court Reporter - J. Budreau, Attorney. |
| 10/28/2002 | 39 | Notice of Interlocutory Appeal and Request for Transcript filed by |
| 10/28/2002 | 39 | Leon Robinson |
| 10/28/2002 | | Motion (P#39) allowed. McEvoy, J. |
| 10/28/2002 | 40 | Deft files notice of appeal |
| 10/28/2002 | 41 | Deft files moiton to waive filing fees |
| 10/28/2002 | 42 | Deft files moiton for exculpatory evidence and sanctions |
| 11/15/2002 | 43 | Deft files motion for bail based upon changed circumstances. |
| 11/15/2002 | 44 | Deft files motion for dismiss purusant to O'Dell. |
| 11/15/2002 | 45 | Deft files motion for order permitting investigator to enter |
| 11/15/2002 | 45 | Souza-Baronowski Prison to meet with inmate Leon Robinson and |
| 11/15/2002 | 45 | affidavit. |
| 11/15/2002 | 46 | Deft files motion for funds & affidavit. |
| 11/15/2002 | 47 | Deft files motion for Judicial Order or Recommendation that he be |
| 11/15/2002 | 47 | returned to a Suffolk County Facility pending trial & affidavit |
| 11/15/2002 | 48 | Deft files motion for additional discovert regarding DNA testing. |

| Date | Paper | Entry |
|---|---|---|
| 11/15/2002 | 49 | Deft files motion to suppress photographic identifications of |
| 11/15/2002 | 49 | defendant. |
| 11/15/2002 | 50 | Deft files motion to suppress defendant's lineup. |
| 11/15/2002 | 51 | Deft files motion to suppress defendant's statements, affidavit of |
| 11/15/2002 | 51 | Leon Robinson. |
| 11/15/2002 | 52 | Deft files motion to suppress defendant's coat, affidavit of Leon |
| 11/15/2002 | 52 | Robinson. |
| 11/15/2002 | 53 | Deft files motion to suppress. Wilson, AC/M - M. Lee, ADA - ERD - J. |
| 11/15/2002 | 53 | Budreau, Attorney |
| 11/25/2002 | 54 | Deft files Supplemental Memorandum in support of Motion to Suppress |
| 11/25/2002 | 54 | Defendant's Statement (Pursuant to M.G.L. c.276) |
| 11/26/2002 | | Defendant brought into court. After hearing re: motions, Court rules |
| 11/26/2002 | | as follows : Re: Paper #42 #43 #44 taken under advisement. |
| 11/26/2002 | | Motion (P#46) allowed. |
| 11/26/2002 | | Motion (P#47) denied. Hines, J. - M. Lee, ADA - P. Connolly, Court |
| 11/26/2002 | | Reporter - J. Budreau, Attorney. |
| 11/26/2002 | | Finding by Court: Paper #43 denied as endorsed. Hines, J. Copies sent |
| 11/26/2002 | | to Atty. and ADA 11/26/02. |
| 11/26/2002 | | Finding by Court: Paper #45, allowed. Order issued to Nashua Street |
| 11/26/2002 | | Jail. Hines, J. Copies sent to ADA and Atty. 11/26/02. |
| 12/02/2002 | 55 | Commonwealth files memorandum of law in opposition to defendant's |
| 12/02/2002 | 55 | O'Dell Motion |
| 12/05/2002 | 56 | Deft files supplemental citation in support of motion for exculpatory |
| 12/05/2002 | 56 | evidence & sanctions. |
| 12/05/2002 | 57 | Deft files notice of interlocutory appeal & request for transcript. |
| 12/17/2002 | | Defendant not present. |
| 12/17/2002 | 58 | Order on defendant's motion for exculpatory evidence and sanctions. |
| 12/17/2002 | | Motion (P#42) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - ERD |
| 12/17/2002 | | - J. Budreau, Attorney. |
| 01/21/2003 | 59 | Deft files motion to dismiss for discovery violations |
| 01/21/2003 | 60 | Memorandum and order on defendant's motion to dismiss denied |
| 01/21/2003 | 60 | 1/23/2003. Hines, J. |
| 01/30/2003 | 61 | Deft files motion for discovery compliance and request for an |
| 01/30/2003 | 61 | evidentiary hearing (memorandum incorporated) |
| 02/04/2003 | | Defendant not present. Lauriat, J. - J. Budreau via telephone, |
| 02/04/2003 | | Attorney. |
| 02/05/2003 | | Defendant not present. |
| 02/05/2003 | 62 | Deft files motion for funds. |
| 02/05/2003 | | Motion (P#62) allowed as endorsed. Wilson, AC/M - ERD - J. Budrey, |
| 02/05/2003 | | Attorney. |
| 02/07/2003 | | Defendant not present. |

| Date | No. | Description |
|------|-----|-------------|
| 02/07/2003 | | Defendant's Paper No. 61 after hearing reference endorsement. (M. |
| 02/07/2003 | | Lee, ADA and J. Boudreau notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 63 | Deft files motion for preclusion of evidence for discovey violation. |
| 02/07/2003 | 63 | After hearing reference endorsement (M. Lee, ADA and J. Boudreau, |
| 02/07/2003 | 63 | Atty notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 64 | Deft files motion for funds |
| 02/07/2003 | | Motion (P#64) allowed up to $1,500.00 additional approved. Ball, J. |
| 02/07/2003 | | - M. Lee, ADA - P. Flaherty, Court Reporter - J. Boudreau, Attorney |
| 02/07/2003 | | (M. Lee, ADA and J. Boudreau, Atty notified with copy of endorsment |
| 02/07/2003 | | on 2/11/03) |
| 02/24/2003 | 65 | Deft files notice of objection with supporting affidavit |
| 02/28/2003 | | Notice of assembly of the record on appeal, received from Clerk |
| 02/28/2003 | | M.Doyle,SJC with attachment.. |
| 03/06/2003 | | Defendant not present |
| 03/06/2003 | 66 | Deft files motion for records of witnesses. |
| 03/06/2003 | | Motion (P#66) allowed, Wilson, AC/M |
| 03/06/2003 | 67 | Deft files supplemental motion to suppress search of apartment with |
| 03/06/2003 | 67 | affidavit |
| 03/06/2003 | 68 | Deft files motion to suppress photographic identifications of |
| 03/06/2003 | 68 | defendant with affidavit. |
| 03/06/2003 | 69 | Ordered: re: records of witnesses filed. Wilson, AC/M - E.R.D. - |
| 03/06/2003 | 69 | J.Boudreau, Attorney. |
| 03/14/2003 | 70 | Deft files motion to preserve blood sample or protective order and |
| 03/14/2003 | 70 | affidavit of counsel |
| 03/14/2003 | 71 | Deft files motion for notes of evidence inspection by laboratory and |
| 03/14/2003 | 71 | affidavit of counsel |
| 03/31/2003 | 72 | Deft files motion to dismiss (memorandum incorporated) |
| 04/08/2003 | | Defendant brought into court for hearing re: defendant's motion for |
| 04/08/2003 | | notes of evidence inspection by laboratory. |
| 04/08/2003 | | Motion (P#71) allowed by agreement. |
| 04/08/2003 | 73 | Deft files ex-parte motion for funds |
| 04/08/2003 | | Motion (P#73) allowed |
| 04/08/2003 | 74 | Deft files Motion for funds (photographs) |
| 04/08/2003 | | Motion (P#74) allowed as endorsed |
| 04/08/2003 | 75 | Deft files supplemental motion to preserve blood sample or for |
| 04/08/2003 | 75 | protective order. Wilson, AC/M - M. Lee, ADA - F. LaRoux, Court |
| 04/08/2003 | 75 | Reporter - J. Boudreau, Attorney |
| 04/22/2003 | 76 | Commonwealth files motion for an order to take a biological sample |
| 04/22/2003 | 76 | from defendant for DNA testing |
| 05/06/2003 | | Motion (P#70) denied. |
| 05/06/2003 | | Defendant brought into court. |

| 05/06/2003 | | After hearing, Motion (P#76) allowed. |
| 05/06/2003 | 77 | Order for biological sample from defendant, filed. |
| 05/06/2003 | 78 | Deft files opposition to Commonwealth's request for DNA sample. |
| 05/06/2003 | 79 | Deft files Motion to remand defendant to a Suffolk County Facility |
| 05/06/2003 | 79 | pending trial. |
| 05/06/2003 | | Motion (P#79) allowed in so much it is recommended that defendant to |
| 05/06/2003 | | be housed in Suffolk County Facility within 30 days prior to |
| 05/06/2003 | | scheduling of date. Agnes, J. - M. Lee, ADA - M. McDonald, Court |
| 05/06/2003 | | Reporter - J. Budreau, Attorney. |
| 05/14/2003 | 80 | Commonwealth files memorandum of law in opposition to defendant's |
| 05/14/2003 | 80 | McCarthy Motion |
| 05/21/2003 | 81 | Deft files Motion for Franks / Amral hearing regarding supplemental |
| 05/21/2003 | 81 | motion to suppress search of apartment ( Memorandum incorporated ). |
| 05/21/2003 | 82 | Deft files supplemental memorandum in support of hearing on motion to |
| 05/21/2003 | 82 | suppress photographic identification of defendant. |
| 05/21/2003 | 83 | Deft files notice of interlocutory appeal and for expedited |
| 05/21/2003 | 83 | transcript. |
| 05/21/2003 | 84 | Deft files petition for leave to file interlocutory appeal pursuant |
| 05/21/2003 | 84 | to M.G.L. CH. 211 Sec. 3 regarding order requiring petioner to |
| 05/21/2003 | 84 | provide Commonwealth with biological sample ( Memorandum Incorporated |
| 05/21/2003 | 84 | ). |
| 05/22/2003 | | Defendant not present. Spurlock, J. - M. Lee, ADA - P. Pietrella, |
| 05/22/2003 | | Court Reporter - M. Bourbeau, Attorney. |
| 06/02/2003 | | Defendant not present. |
| 06/02/2003 | 85 | Deft files Motion for funds and affidavit. |
| 06/02/2003 | | Motion (P#85) allowed. Spurlock, J. - M. Lee, ADA - M. McDonald, |
| 06/02/2003 | | Court Reporter - J. Budreau, Attorney. |
| 07/11/2003 | 86 | After hearing, Court ORDERS defendant remanded to the custody of the |
| 07/11/2003 | 86 | Suffolk County Jail (Nashua Street) until defendant's motion to |
| 07/11/2003 | 86 | suppress hearing before Walker, J. in the 3rd criminal session, |
| 07/11/2003 | 86 | courtroom 9, 2nd floor, is completed. (Locke, J.) - M. Wrighton, CR |
| 07/11/2003 | 86 | - J. Budreau, Atty |
| 07/14/2003 | | Defendant brought into court. |
| 07/14/2003 | | Hearing re: defendant's motion to suppress commences before Walker, |
| 07/14/2003 | | J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/15/2003 | | Defendant brought into court. |
| 07/15/2003 | | Hearing re: defendant's motion to suppress continues before Walker, |
| 07/15/2003 | | J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/16/2003 | | Defendant brought into court. |
| 07/16/2003 | | Hearing re: defendant's motion to suppress continues before Walker, |
| 07/16/2003 | | J. After hearing, motion taken under advisement. |

| 07/16/2003 | 87 | Deft files Motion for Funds (re: investigator), with affidavit of |
| 07/16/2003 | 87 | counsel and investigator in support thereof |
| 07/16/2003 |    | After hearing, Motion (P#87) allowed (Walker, J.) |
| 07/16/2003 | 88 | Deft files Motion for Transcript Costs |
| 07/16/2003 |    | Motion (P#88) allowed (Walker, J.) - M. Lee, ADA - N. King, CR - J. |
| 07/16/2003 |    | Budreau, Atty |
| 07/28/2003 | 89 | Deft files Notice of Supplemental Citations in Support of His Motions |
| 07/28/2003 | 89 | to Suppress |
| 07/31/2003 | 90 | Commonwealth files Memorandum of Law in Opposition to the Defendant's |
| 07/31/2003 | 90 | Motion to Suppress Statements, Identifications, and Physical Evidence. |
| 08/03/2003 | 91 | Deft files Response to Commonwealth's Memorandum of Law in Opposition |
| 08/03/2003 | 91 | to the Defendant's Motions to Suppress Statements, Identifications |
| 08/03/2003 | 91 | and Physical Evidence. |
| 08/03/2003 | 92 | Notice of Docket Entry from the Supreme Judicial Court dated August |
| 08/03/2003 | 92 | 1, 2003 filed. The Court orders the following judgment be entered: |
| 08/03/2003 | 92 | "Matter came before the Court, Ireland, J. on a Petition pursuant to |
| 08/03/2003 | 92 | G.L. Ch. 211, Section 3. Upon consideration thereof, it is ordered |
| 08/03/2003 | 92 | that the Petition be and the same hereby is denied without a hearing. |
| 08/03/2003 | 92 | By the Court, Ireland, J.. |
| 08/28/2003 |    | Defendant not present. |
| 08/28/2003 | 93 | Deft files ex-parte motion for funds. |
| 08/28/2003 |    | Motion (P#93) allowed as endorsed. Wilson, Mag - J Budreau, Attorney |
| 09/04/2003 |    | Defendant not present in Court. |
| 09/04/2003 | 94 | Motion by Deft: motion for discovery relating to scientific evidence |
| 09/04/2003 | 94 | and for order to test jacket blood stain for preservatives |
| 09/04/2003 |    | Continued until September 25, 2003 by agreement motions |
| 09/04/2003 |    | Habeas corpus for Deft at Old Colony Correctional Institution |
| 09/04/2003 |    | appearance September 25, 2003. Connolly, J - M. Lee, ADA - J. |
| 09/04/2003 |    | Budreau, Attorney. |
| 09/16/2003 | 95 | Motion by Deft: motion to suppress defendant's coat |
| 09/16/2003 | 96 | Motion by Deft: motion for discovery compliance and sanctions against |
| 09/16/2003 | 96 | commonwealth for late production of evidence |
| 09/25/2003 | 97 | Motion by Deft: motion for discovery relating to ABC's 24/7 |
| 09/25/2003 | 97 | videotaping |
| 09/25/2003 | 98 | Motion by Deft: supplmental motion to test jacket blood stain for |
| 09/25/2003 | 98 | preservatives |
| 09/25/2003 |    | Defendant brought into court |
| 09/25/2003 |    | Motion (P#96 after hearing, ) denied. ( ref: endorsement) |
| 09/25/2003 |    | Defendant's paper # 97and 98 after hearing, Court takes no action as |
| 09/25/2003 |    | to each ( ref: record) Connolly, J. - M. Lee, ADA - M. Munro, |
| 09/25/2003 |    | Court Reporter - J. Budreau, Attorney |

| 11/13/2003 | | Defendant not present. WIlson, Mag - M. Lee, ADA - E.R.D. - J. |
| 11/13/2003 | | Budreau, Attorney |
| 12/03/2003 | | Defendant brought into court. |
| 12/03/2003 | 99 | Notice filed by the SJC of Docket Entry case dismissed without |
| 12/03/2003 | 99 | prejudice before the SJC |
| 12/03/2003 | 100 | Deft files second supplemental moiton to test jacket blood stains for |
| 12/03/2003 | 100 | preservations and affidavit. Wilson, Mag - M. Lee, ADA - E.R.D. - J. |
| 12/03/2003 | 100 | Boudreau, Attorney |
| 12/08/2003 | | Defendant brought into court. After hearing re: P#100 continued to |
| 12/08/2003 | | 12/22/03 by agr. for hrg. in session. Ball, J. M.Lee, ADA - |
| 12/08/2003 | | A.McDomnald, C./R. - J.Budreau and A.D'Angelo, Attorney |
| 12/09/2003 | 101 | Commonwealth files opposition to defendant's motion (and supplemental |
| 12/09/2003 | 101 | motion) for an order to test jacket blood stain for the chemical |
| 12/09/2003 | 101 | preservative EDTA |
| 12/19/2003 | 102 | Response of non-party American Broadcasting Companies Inc. to |
| 12/19/2003 | 102 | defendant's subpoena filed. |
| 12/22/2003 | | Defendant brought into court. |
| 12/22/2003 | | Motion (P#100) denied as endorsed. Ball, J. - M. Lee, ADA - A. |
| 12/22/2003 | | McDonald, Court Reporter - J. Budreau Attornet and A. D'Angelo, |
| 12/22/2003 | | Attorney. |
| 12/30/2003 | 103 | Deft files notice of appeal |
| 01/20/2004 | | Defendant brought into court. Wilson, Mag - M. Lee, ADA - ERD - A. |
| 01/20/2004 | | D'Angelo, Attorney for J. Budreau. |
| 01/23/2004 | 104 | Notice of Docket Entry received from SJC re: filing of Petitioner's |
| 01/23/2004 | 104 | Motion to Withdraw Application for Leave to Appeal the Denial of the |
| 01/23/2004 | 104 | Defendant's Motion to Test Jacket Blood Stains for Preservatives and |
| 01/23/2004 | 104 | His Motion for an Evidentiary Hearing (note: motion allowed by SJC |
| 01/23/2004 | 104 | without a hearing on 1-22-2004). |
| 02/02/2004 | 105 | Commonwealth files Supplemental Opposition to Defendant's Motion (and |
| 02/02/2004 | 105 | Supplemental Motion) for an Order to Test Jacket Blood Stain for the |
| 02/02/2004 | 105 | Chemical Preservative Edta |
| 02/03/2004 | 106 | MEMORANDUM, FINDINGS & ORDERS denying Defendant's Motions to Suppress |
| 02/03/2004 | 106 | Evidence (Paper #s 81; 67; 52; 53; 54 and 49, 68, 83), filed by the |
| 02/03/2004 | 106 | Court (Walker, J.) (February 03, 2004) |
| 02/11/2004 | 107 | Notice of docket entry - Judgement after Rescript from SJC "Affirmed" |
| 02/11/2004 | 107 | Cordy. J. |
| 02/17/2004 | 108 | Deft files pro se notice to objection to continuances |
| 02/17/2004 | 109 | Deft files pro se notice to preserve defendant's rights and |
| 02/17/2004 | 109 | objections to the Court's denial of defendant's motion to suppress, |
| 02/17/2004 | 109 | motion to dismiss, requests for sanctions and other motions including |
| 02/17/2004 | 109 | DNA testing and motion in limine |

| | | |
|---|---|---|
| 02/24/2004 | | Defendant brought into court. Lauriat, J. - M. Lee, ADA - M. |
| 02/24/2004 | | McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 03/18/2004 | 110 | Deft files motion for transcript of 12/22/03 hearing before Judge |
| 03/18/2004 | 110 | Ball. (Ball, J notified w/copy 3/26/04) |
| 03/26/2004 | | Defendant not present. Spurlock, RAJ - M Lee, ADA - M McDonald, |
| 03/26/2004 | | Court Reporter - A D'Angelo, Attorney |
| 04/05/2004 | 111 | Deft files pro se notice of the deft Leon Robinson's objection to the |
| 04/05/2004 | 111 | DNA swabbing done on March 26, 2004. |
| 04/05/2004 | 112 | Deft files pro se request for specific Brady exculpatory material #1. |
| 04/05/2004 | 113 | Deft files pro se motion for a view |
| 04/05/2004 | 114 | Deft files pro se motion for sequestration of witnesses. |
| 04/05/2004 | 115 | Deft files pro se motion to exclude all Boston Police officers from |
| 04/05/2004 | 115 | sitting in Courtroom and with the ADA during all Court hearing and at |
| 04/05/2004 | 115 | deft's trial. |
| 04/05/2004 | 116 | Deft files pro se motion to photograph all chalks, pictures and |
| 04/05/2004 | 116 | drawings. |
| 04/29/2004 | | Defendant not present. |
| 04/29/2004 | | Continued until June 21, 2004 for Status re: DNA by order of the |
| 04/29/2004 | | Court McEvoy, J.( Who is at Judicial Conference ) - M. Lee, ADA - M. |
| 04/29/2004 | | McDonald, Court Reporter. |
| 05/03/2004 | 117 | Deft files pro se: notice of specific requests for exculpatory #2 |
| 05/03/2004 | 117 | evidence and required compliance with Kyle v. Whtiley |
| 05/06/2004 | 118 | Deft files pro se request for hearing on May 18, 2004 regarding his |
| 05/06/2004 | 118 | objections to continuances and Rule 36 |
| 05/06/2004 | 119 | Deft files moiton for habeas corpus to issue for May 18, 2004 |
| 05/10/2004 | 120 | Deft files pro se marking motion fo rhearing date |
| 05/10/2004 | 121 | Deft files pro se defendant's opposition to any further continuances |
| 05/10/2004 | 121 | and memorandum and affidavit in support of |
| 06/01/2004 | 122 | Deft files pro se: marking motion for hearing date. |
| 06/01/2004 | 123 | Deft files pro se: opposition to any further continuances, memorandum |
| 06/01/2004 | 123 | in support of his objections to no further continuances and Rule 36 |
| 06/01/2004 | 123 | w/affidavit. |
| 06/07/2004 | 124 | Deft files pro-se Motion to Dismiss ( Speedy Trial Rule 36 violations |
| 06/07/2004 | 124 | with affidavit in support of. |
| 06/10/2004 | | Defendant not present. |
| 06/10/2004 | | Continued until June 29, 2004 for Hearing re: Motion to Dismiss and |
| 06/10/2004 | | DNA by agreement. Wilson, MAG - C. Bartoloni, ADA - ERD. |
| 06/29/2004 | | Defendant brought into court. Hearing re: Motions. |
| 06/29/2004 | 125 | Deft files motion to preclude admission of DNA Testing Results. |
| 06/29/2004 | | Motion (P#125) denied |
| 06/29/2004 | 126 | Assented to Motion to Transport and House the Defendant at the Nashua |

| 06/29/2004 | 126 | Street Jail, One day before each scheduled appearance. |
| 06/29/2004 | | Motion (P#126) allowed |
| 06/29/2004 | 127 | Deft files ex-parte motion for funds for a Blood Expert. |
| 06/29/2004 | | Motion (P#127) allowed (Christopher J Muse) - M. Lee, ADA - A. |
| 06/29/2004 | | McDonald, Court Reporter - J. Budreau & D. Angelo, Attorney |
| 07/08/2004 | 128 | Deft files pro se notice of interlocutory appeal and for expedited |
| 07/08/2004 | 128 | transcript |
| 07/23/2004 | | Defendant not present. |
| 07/23/2004 | 129 | Deft files ex-parte motion for funds to continue to retain an |
| 07/23/2004 | 129 | investigator with affidavit and memorandum in support of. |
| 07/23/2004 | | Motion (P#129) allowed as endorsed. ( See Record ) . Connor, J. - M. |
| 07/23/2004 | | McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 09/10/2004 | 130 | Deft files Pro Se: Motion for DNA discovery |
| 09/10/2004 | 131 | Deft files Pro Se : Motion for free copies of docket sheets and |
| 09/10/2004 | 131 | copies of any Motions on the docket in this case upon the request for |
| 09/10/2004 | 131 | copies |
| 09/15/2004 | | Defendant brought into court. Court orders that all discovery re: |
| 09/15/2004 | | DNA be complete by 10/08/04 - All motions to be filed by 10/08/04 |
| 09/15/2004 | 132 | Deft files Ex-Parte Motion for funds |
| 09/15/2004 | | Motion (P#132) allowed (Barbara J Rouse). Copies hand delivered to |
| 09/15/2004 | | counsel September 15, 2004 - Rouse, J. - M. Lee, ADA - M. Wrighton, |
| 09/15/2004 | | Court Reporter - J. Budreau, Atty. and A. D'Angelo, Atty. |
| 09/29/2004 | 133 | Deft files Pro Se Notice of objection to DNA evidence and Testing |
| 09/29/2004 | 133 | results pursuant to MRCP #22 and Superior Court Rule #8 |
| 09/29/2004 | 134 | Deft files Pro Se Notice of Alibi Defense |
| 09/29/2004 | 135 | Deft files Pro Se Motion for discovery of Medical evidence |
| 09/29/2004 | 136 | Deft files Motion for discovery of tests employed, Test Data, and |
| 09/29/2004 | 136 | Test reults by the Commonwealth's experts |
| 10/08/2004 | 137 | Deft files Motion for discovery of Commonwealth's DNA evidence |
| 10/13/2004 | 138 | Commonwealth files Notice of Discovery XVII |
| 10/25/2004 | 139 | Deft files Pro Se Notice of Motion to recuse |
| 11/30/2004 | | Defendant brought into court - Hearing re: Papter #137, after hearing |
| 11/30/2004 | | Court takes motion under advisement. Hinkle, J. - M. Lee, ADA - D. |
| 11/30/2004 | | Cercone, Court Reporter - J. Budreau & A. D'Angelo, Attorneys for |
| 11/30/2004 | | defendant. |
| 11/30/2004 | | Motion (P#137 allowed and denied as endorsed. (Margaret R Hinkle). |
| 11/30/2004 | | Counsel notfied with copy. |
| 12/08/2004 | | Defendant brought into court. hearing Re: paper #97 after hearing |
| 12/08/2004 | | Court orders Commonwealth to produce within 14 days as to crime scene |
| 12/08/2004 | | video. ( See endorsement) Hinkle,J. - M. Lee, ADA - D. Cercone, |
| 12/08/2004 | | Court Reporter - J. Budreau & A. D'Angelo, Attorneys for defendant. |

# Charges

2 Charges for Docket: SUCR2001-10384

| No. | Charge Description: | Indictment: | Status: |
|-----|---------------------|-------------|---------|
| 1 | Dang weapon, possess gun, no license, on person/in MV | | Plea of not guilt |
| 2 | Murder, 1st degree | | Plea of not guilt |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information

⌐ Home

∇ Case Search
   **Docket Number**
   Involved Party
   Attorney Appearance
   Lower Court
   Lower Court Judge

⌐ Court Calendars

⌐ Help & Site Info

⌐ Helpful Links

⌐ Privacy Policy

Bottom >

## SUPREME JUDICIAL COURT
## for Suffolk County
### Case Docket

### COMMONWEALTH vs. LEON ROBINSON
SJ-2002-0571

### CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Decided: petition denied | **Status Date** | 01/29/2003 |
| **Nature** | Superintendence c 211 s 3 | **Entry Date** | 12/05/2002 |
| **Sub-Nature** | Bail Review | **Single Justice** | Cordy, J. |
| **TC Ruling** | Relief denied | **TC Ruling Date** | 11/26/2002 |
| **SJ Ruling** | Relief denied | **TC Number** | |
| **Pet Role Below** | Defendant in lower court | **Full Ct Number** | |
| **Lower Court** | Suffolk Superior Court | **Lower Ct Judge** | Geraldine S. Hines, J. |

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Leon Robinson** <br> Defendant/Petitioner | James H. Budreau, Esquire |
| **Commonwealth** <br> Plaintiff/Respondent | Mark Lee, Assistant District Attorney |

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 12/05/2002 | | Case entered. |
| 12/05/2002 | #1 | Motion To Waive Filing Fee, filed James H. Budreau with attached Affidavit of Attorney James Budreau and Certificate of Service. |
| 12/05/2002 | | Filing fee waived. (Per lca) |
| 12/05/2002 | #2 | Petition For Leave To File Interlocutory Appeal, filed by James H. Budreau with Certificate of Service. |
| 12/05/2002 | #3 | Memorandum In Support Of Petition For Leave To File Interlocutory Appeal, filed by James H. Budreau with attached Exhibits A-C and Certificate of Service. |
| 01/14/2003 | #4 | Letter placing case on January 29, 2002 list for hearing filed by Atty James H. Budreau. |
| 01/17/2003 | #5 | Letter to Maura Doyle from Atty James Budreau saying.."My client, Leon Robinson, has asked me to request your department to "habe" him in or otherwise have him transported to your court for his Bail Appeal scheduled for January 29, 2003." (01/17/03 Request for habe is DENIED without hearing. By the Court. (Cordy, J.) |
| 01/21/2003 | #6 | Notice to counsel, regarding paper number 5 filed. |
| 01/21/2003 | #7 | Supplemental Memorandum In Support Of Petition For Leave To File Interlocutory Appeal filed by Atty. Budreau along with |

| | | certificate of service and attachments. |
|---|---|---|
| 01/24/2003 | #8 | Commonwealth's Opposition To Defendant's Petition For Review of Bail Under G.L. c. 211, s.3, filed by ADA Mark Lee. |
| 01/28/2003 | #9 | Letter to Maura Doyle from Leon Robinson saying.."I....request a copy of the above referenced docket sheet...." |
| 01/28/2003 | | An update docket sheet was mailed to Leon Robinson as requested. (see paper #8) (lav) |
| 01/29/2003 | | Hearing held before Cordy, J. |
| 01/29/2003 | #10 | Appearance of Atty James H. Budreau for Leon Robinson. |
| 01/29/2003 | #11 | Appearance of ADA Mark Lee for Commonwealth filed. |
| 01/29/2003 | #12 | JUDGMENT: denying relief under c. 211, s.3, after a hearing. (Cordy, J.) |
| 01/30/2003 | #13 | Notice to counsel, regarding paper number 12 filed. |

< Top                                                                 As of 12/28/2003 14:3

© 2001 RSI