UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON ROBINSON,
    Petitioner,

v.

COMMONWEALTH OF MASSACHUSETTS,
    Respondent,

Civil Action No. 04-12410-DPW

"EMERGENTCY"
MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the Petitioner, Leon Robinson, hereby respectfully requests that this Honorable Court grant this motion to appoint Counsel pursuant to Rule 3:10, and G.L. C.261, § 27A(b), of this Rule. See 28 U.S.C.§§ 2254(b)-(c).

In support of this motion, the Petitioner states the following and herby request that the Committee for Publice Counsel Service be appointed to represent him on his Petition which he is Indigent, but is Able to Contribute toward the cost of Counsel.

The Petitioner also states that he is charge with First Degree Murder, and he had respectfully requested for Defense Counsel (JAMES H. BUDREAU) to represent him on this matter, as he is his Attorney in lower Court, Suffolk Superior Court Docket No# SUCR2001-10384, he denied this request as he had denied to file other Motions and Appeals that was also respectfully requested of him to preserve the Rights of the petitioner, Leon Robinson. See United States v. Sanders, 211 F.3d 711 (2nd Cir. 2000).

The petitioner's Rights needs to be saved for any Appeals concerning this case, his right to a speed trial was denied by the lower Court and the Petitioner had to file a PRO SE motion for a Speedy Trial as he had requested defense counsel to do so.

The petitioner have 500.00$ to Cotribute toward the cost of Counsel, from CPCS, or privet counsel that wil be appointed by this Court. The amount to be contibute to the cost for counsel will be be upto this Court, as the Petitioner Leon Robinson is more then willing to Contibute what ever the Court allows to put down towards the cost of counsel.

The Petitioner further states that, In addition to appointment of a lawyer provides the unlettered inmate with an opportunity to obtain representation equally qualified with the professional counsel usually provided by the state for the defendant. See **Knighton v. Watkins**, 616 F.2d 759, 799 (5th Cir. 1980). This case has Merits as i is noted that the petitioner Leon Robinson, had file his Motion to save his Rights and it will be very "Difficult" for the Petitioner to move forward as he lack Education, and not experienced in the Legal Court Laws.

WHEREFORE,

In support of this motion, see Affidvit and copy of Inmates account sheet, to declare the amount to Contibute the cost of Counsel to be appointed to this matter, and he respectfully request that this Court allow this motion and grant him a Hearing on this motion.

## CONCLUSION

For the foregoing reasons, this Court should allow this motion as the Petitioner Leon Robinson, is more then willingly to Contribute to the cost for counsel to be appointed to this petition for a writ of habeas corpus.

                              Respectfully Submitted,
                              BY THE PETITIONER,

                              LEON ROBINSON, A-22594
                              S.B.C.C.
                              P.O. BOX 8000
                              SHIRLEY , MASSACHUSETTS 01464

Dated: December 30, 2004

## Certificate of Service

I, Leon Robinson, hereby certify that on December 30, 2004, I served a true copy of this document by first class mail to: Daniel I. Smulow, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

                              LEON ROBINSON, A-22594, PRO SE