UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON ROBINSON )
    Petitioner, )
) Civil Action No. 04-12410-DPW
)
V. )
)
COMMONWEALTH OF MASSACHUSETTS )
    Respondent, )

### AFFIDAVIT OF PETITIONER LEON ROBINSON
### IN SUPPORT OF HIS "EMERGENTCY" MOTION FOR APPOINTMENT OF COUNSEL

Now Comes the Petitioner, Leon Robinson, I, hereby state and depose that:

1. I am the Petitioner in the above numered civil action;

2. I, am not an "Inmate" as defined by G.L. ch. 261, § 27A.

3. I, am presently in the custody of the common jail for Suffolk County and being detained pursuant to a Mittimus - to Common Jail in the County of Suffolk Criminal Docket No# 2001-10384 for the Alleged crime of murder, of which I am presumed Innocent until proven guilt by jury and remain a citizen of the Commonwealth of Massachusetts.

4. I, am presently detained at the Souza Baranowski Correctional Center, and the Massachusetts Department of Correction pursuant to G.L. ch. , § 52A, having been transferd from the Common Jail for the County of Suffolk as a "Pretrial Detainee" awaiting trial in Dockit No# SUCR2001-10384.

(1)

5. The lower Court, Superior Court Department in Dockit No# 01-10384, has previously assessed and determined that I am in fact indigent.

6. I, am indigent and have little funds, assetts, at this present time. But wishes to Contribute towards the cost of Counsel.

Signed under the pain and penalties of perjury on this 30th. day of December, 2004.

Kindly file the same.

*Leon Robinson*
LEON ROBINSON, A-22594, PETITIONER
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA. 01464

LR:w