UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON,<br>  Petitioner,<br><br>  v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>  Respondent. | CIVIL ACTION NO.<br>04-12410-DPW |

MEMORANDUM AND ORDER
January 24, 2005

The petitioner in this habeas corpus proceeding is a defendant awaiting trial in the Suffolk Superior Court for first degree murder. He claims his constitutional rights have been violated by a failure to afford a speedy trial, the imposition of excessive bail and the failure of the Commonwealth to disclose exculpatory evidence. The short and sufficient, but by no means only, answer to the petition is that the petitioner has failed to exhaust his state court remedies with respect to any of these issues. 28 U.S.C. § 2254(b)-(c). See generally Rose v. Lundy, 455 U.S. 509 (1982). In the absence of some demonstration that the petitioner has satisfied his obligation to exhaust his remedies in the state court before proceeding to federal court, I must find that the petitioner has failed to state a claim upon which relief may be granted and GRANT the respondent's motion to dismiss. Accordingly, the clerk is directed to DISMISS this petition.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE