UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
LEON ROBINSON,                      )
Petitioner,                         )
                                    )
v.                                  ) CIVIL ACTION NO.
                                    ) 04-12410-DPW
COMMONWEALTH OF MASSACHUSETTS,      )
Respondent.                         )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued January 24, 2005 (#10), is hereby ORDERED that the above-entitled action be and hereby is DISMISSED. The motion for appointment of counsel is denied as moot.

BY THE COURT,

/s/Michelle Rynne
Deputy Clerk

DATED: January 24, 2005