UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 25 P 3: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

LEON ROBINSON )
    Petitioner, )
     )
V. )  Civil Action No. 04-12410-DPW
     )
COMMONWEALTH OF MASSACHUSETTS )
    Respondent, )

### DOCKETING STATEMENT ON ALL PARTIES

Now Comes the Petitioner, Leon Robinson's statement on the parties concerning this matter that is before this Court, please note the following to be place on docket:

1. LEON ROBINSON, PRO SE, A-22594
   SOUZA BARANOWSKI CORRECTIONAL CENTER
   P.O. BOX 8000
   SHIRLEY, MASSACHUSETTS 01464

2. THOMAS F. REILLY, ATTORNEY GENERAL, &
   DANIEL I. SMULOW, BBO# 641668
   ASSISTANT ATTORNEY GENERAL
   CRIMINAL BUREAU
   ONE ASHBURTON PLACE
   BOSTON, MASSACHUSETTS 02108
   (617) 727-2200 EXT.2949

(1)

        Respectfully Submitted,

        _____
        LEON ROBINSON, A-22594
        S.B.C.C.
        P.O. BOX 8000
        SHIRLEY, MA 01464

Date: 2/21/05

  I, Leon Robinson, do hereby certify that a copy of this document has been served upon all parties' counsel of record on this 21st day of February 2005.

        _____
        LEON ROBINSON

(2)