FILED
CLERKS OFFICE
2005 FEB 25  P 3: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON,<br>    Petitioner,<br><br>V.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>    Respondent, | Civil Action No. 04-12410-DPW |

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

Notice is hereby given that, Leon Robinson, in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an order Denial of Habeas Corpus pursuant to 28 U.S.C. § 2254 (b)-(c), entered in this action on the 24th day of January 2005.

Respectfully Submitted,

_____
LEON ROBINSON
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA 01464

(1)