UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEON ROBINSON,
    Petitioner,

v.                                    Civil Action No. 04-12410-DPW

COMMONWEALTH OF MASSACHUSETTS
    Respondent,

## NOTICE OF APPEAL
## AND REQUEST FOR TRANSCRIPTS

Now Comes the Petitioner, Leon Robinson, who respectfully gives notice of his Appeal of this Court's denial of his Habeas Corpus pursuant to 28 U.S.C. § 2254 (b)-(c). Petitioner moves this Court to orderthe stenongrapher to produce a copy of the transcripts for the the hearing on this motion. The hearing date and Order entered on January 24, 2005, by Judge Douglas P. Woodlock,.

                                    Respectfully Submitted,
                                    BY THE PETITIONER,

                                    LEON ROBINSON
                                    S.B.C.C.
                                    P.O. BOX 8000
                                    SHIRLEY, MA 01464

(1)

I, Leon Robinson, do hereby certify that a copy of this docoment has been served upon all parties' counsel of record on this 21st day of February 2005.

_____
LEON ROBINSON

(2)

CERTIFICATE OF SERVICE

I, Leon Robinson, plaintiff in Robinson v. COMM, MASSACHUSETTS No: 04-12410-DPW, hereby certify that I have served pursuant to Rule 5, of the Massachusetts Rules of Civil Procedure, one copy of the foregoing motion and supporting documents upon counsel for all parties in this civil action by depositing them in the Institutional Mail Depository Box, See: Schroeder v. McDonald, 55 F.3d 454, (9th.Cir1995); Cooper v. Brookshire, 70 F.3d 377 (5th.Cir1995); Dory v. Ryan, 999 F.2d 679 (2nd.Cir 1993); Garvey v. Vaughn, 993 F.2d 776 (11th.Cir 1993), Cf. Houston v. Lack, 487 U.S. 266, 108 S.Ct.2379 (1988); Commonwealth v. Hartgrove, 553 N.E.2d 1299 (1990), by first class mail postage prepaid on this __21__ day of __FEBRUARY__, 2005.

Leon Robinson, pro se