## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12410

Leon Robinson

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #14 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/25/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 2, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/4/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12410-DPW

Robinson v. Massachusetts, Commonwealth of
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/12/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Leon Robinson**    represented by    **Leon Robinson**
A-22594
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Massachusetts, Commonwealth of**    represented by    **Daniel I. Smulow**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: daniel.smulow@ago.state.ma.us

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 60055, filed by Leon Robinson.(Nici, Richard) (Entered: 11/16/2004) |
| 11/12/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Nici, Richard) (Entered: 11/16/2004) |
| 11/22/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due DECEMBER 15, 2004.(Rynne, Michelle) (Entered: 11/22/2004) |
| 12/14/2004 | 3 | MOTION for Extension of Time to December 30, 2004 to File Answer *or Other Responsive Pleading* by Massachusetts, Commonwealth of.(Smulow, Daniel) (Entered: 12/14/2004) |
| 12/14/2004 | 4 | Letter/request (non-motion) from Leon Robinson. Mailed copy of the docket report 12/15/04. (Nici, Richard) (Entered: 12/15/2004) |
| 12/20/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer to 12/30/04 for Massachusetts, Commonwealth of. (Rynne, Michelle) (Entered: 12/20/2004) |
| 12/24/2004 | 5 | MOTION to Dismiss *Habeas Corpus Petition* by Massachusetts, Commonwealth of.(Smulow, Daniel) (Entered: 12/24/2004) |
| 12/24/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Habeas Corpus Petition* filed by Massachusetts, Commonwealth of. (Attachments: # 1) |

| | | |
|---|---|---|
| | | (Smulow, Daniel) (Entered: 12/24/2004) |
| 12/27/2004 | 7 | Supplemental APPENDIX re 5 MOTION to Dismiss *Habeas Corpus Petition* by Massachusetts, Commonwealth of. (Nici, Richard) (Entered: 01/04/2005) |
| 01/04/2005 | 8 | MOTION to Appoint Counsel by Leon Robinson. (Nici, Richard) (Entered: 01/13/2005) |
| 01/04/2005 | 9 | AFFIDAVIT in Support re 8 MOTION to Appoint Counsel. (Nici, Richard) (Entered: 01/13/2005) |
| 01/24/2005 | 10 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 5 Motion to Dismiss (Woodlock, Douglas) (Entered: 01/24/2005) |
| 01/24/2005 | 11 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 01/24/2005) |
| 02/25/2005 | 12 | Docketing STATEMENT on all parties. (Nici, Richard) (Entered: 03/01/2005) |
| 02/25/2005 | 13 | NOTICE OF APPEAL as to 10 Order on Motion to Dismiss, 11 Order Dismissing Case by Leon Robinson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/17/2005. (Nici, Richard) (Entered: 03/01/2005) |
| 02/25/2005 | 14 | NOTICE OF APPEAL & request for transcripts as to 10 Order on Motion to Dismiss, 11 Order Dismissing Case by Leon Robinson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/17/2005. (Nici, Richard) (Entered: 03/01/2005) |
|---|---|---|