UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:

USDC Docket Number : 04-cv-12410

Leon Robinson

v.

Commonwealth of Massachusetts

---

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #14 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/25/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 2, 2005.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __3/4/05__.

*George Kietor*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __05-1296__

[cv: apprec.] [cr: kapprec.]