# MANDATE

# United States Court of Appeals
## For the First Circuit

Nos. 05-1295; 05-1296

LEON ROBINSON

Petitioner - Appellant

v.

COMMONWEALTH OF MASSACHUSETTS

Respondent - Appellee

### JUDGMENT
**Entered: April 14, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*George Kritas*
Deputy Clerk

Date: 4/14/05

**LYNNE ALIX MORRISON**
By_____
Appeals Attorney

[cc: Leon Robinson, Daniel I. Smulow, AAG]